September 6, 2013

Judge Thomas N. O'Neill, Jr.
U.S. District Court, ED of PA
4007 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**FILED**

SEP 0 9 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

RE: Civil Action # 13-4614

SEP 0 6 2013

Your Honor,

Pro Se Plaintiffs respectfully request the Honorable Court grant permission for access to the "Electronic Case Filing" system for the purpose of distribution and management of ongoing documentation in the above mentioned matter currently before the court.

Respectfully,

Terance Healy
871 Mustang Road
Warrington, PA 18976

(215) 262-0938

Todd M. Krautheim
207 Woodspring Circle
Doylestown, PA 18901

(215) 489-9790

cc: Clerk of Courts/Notice of Request for ECF Filing