In The United States District Court
For The Eastern District of Pennsylvania

Terance Healy,
Todd M Krautlein
in the name of United States
vs.

Kathleen Kane
Pennsylvania Attorney General
and
the Attorneys General of the
United States

Civil Action No. 13-4614

FILED

**Motion**

1. Plaintiffs respectfully motion the court for permission to access the Electronic Case Filing system for the purpose of distribution and management of ongoing documentation in the above mentioned matter currently before the court.

2. Plaintiffs had previously requested this access by letter on Sept 6, 2013. Copy Attached.

Respectfully

Terance Healy
871 Mustang Rd
Warrington PA 18976
215-262-0938

Todd M. Krautlein
207 Woodspring Circle
Doylestown PA 18901
215-489-9790

September 6, 2013

Judge Thomas N. O'Neill, Jr.
U.S. District Court, ED of PA
4007 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**FILED**

SEP 0 9 2013

RE: Civil Action # 13-4614

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

SEP 0 6 2013

Your Honor,

Pro Se Plaintiffs respectfully request the Honorable Court grant permission for access to the "Electronic Case Filing" system for the purpose of distribution and management of ongoing documentation in the above mentioned matter currently before the court.

Respectfully,

Terance Healy
871 Mustang Road
Warrington, PA  18976

(215) 262-0938

Todd M. Krautheim
207  Woodspring Circle
Doylestown, PA  18901

(215) 489-9790

cc:  Clerk of Courts/Notice of Request for ECF Filing