IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE HEALY, et al | : | CIVIL ACTION |
| v. | : | |
| KATHLEEN KANE<br>PENNSYLVANIA ATTORNEY GENERAL,<br>et al | :<br><br>: | <br><br>NO.  13-4614 |

## O R D E R

AND NOW, this 23rd day of October, 2013, upon the request of plaintiffs, who are pro se, to receive electronic notification of case activity in this case, it is ORDERED that plaintiffs' request is approved and the plaintiffs may register as an ECF User solely for purposes of this action only.  If, during the course of this case, the plaintiffs retain an attorney who appears on their behalf, the attorney must advise the Clerk of Court to terminate the parties registration as a filing user upon the attorney's appearance.  The Clerk of Court is directed to sent to plaintiffs a notification of case activity request form and upon completion the plaintiff shall submit it to the address on the form.

                                                        *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR.,     J.