IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE HEALY, et al | : | CIVIL ACTION |
| v. | : | |
| KATHLEEN KANE<br>PENNSYLVANIA ATTORNEY GENERAL,<br>et al | :<br><br>: | <br><br>NO. 13-4614 |

## O R D E R

AND NOW, this 23rd day of October, 2013, upon consideration of plaintiffs' motions for indication of intention to default (Dkt. Nos. 14 - 67), it is ORDERED that said motions are DENIED for the reason that the Court's Order, dated September 16, 2013, stated that non-Pennsylvania defendants shall not be required to file a responsive pleading to plaintiffs' pro se complaint until thirty days after the Court rules on Attorney General Kathleen Kane's motion to dismiss the complaint.

                                                         *s/Thomas N. O'Neill, Jr.*
                                                     THOMAS N. O'NEILL, JR.,      J.