UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Terance Healy )<br>Todd M. Krautheim )<br>In the name of THE UNITED STATES )<br>)<br>v. )<br>)<br>Kathleen Kane )<br>Pennsylvania Attorney General; )<br>And )<br>The Attorneys General of the United States )<br>) | Civil Action#   13-4614 |

SUMMONS RETURNED

Plaintiffs have served Summons and Challenge Documents upon the following Attorneys General and provide the attached documents to clarify the Docket Entries where the signed receipt date was not entered.

Plaintiffs provide their Mailing labels, Certified Mail Receipt, Domestic Return Receipt (Green Card), USPS Product Tracking System provided by the Doylestown PA Postmaster, and USPS Tracking Info in support of the following information.

ATTACHMENTS

1. Lenny Rapadas - Guam Attorney General – served on 8/19/2013
   - Mailing labels, Certified Mail Receipt, Domestic Return Receipt (Green Card)
   - USPS Tracking Info

2. Afoa Luelumeoga Lutu – American Samoa Attorney General – served 9/4/2013
   - Mailing labels, Certified Mail Receipt
   - USPS Product Tracking System provided by the Doylestown PA Postmaster
   - USPS Tracking Info

3. Derek Schmidt – Kansas Attorney General – served 8/19/2013
   - Mailing labels, Certified Mail Receipt
   - USPS Product Tracking System provided by the Doylestown PA Postmaster
   - USPS Tracking Info

4.  John Jay Hoffman – New Jersey Attorney General – served 8/16/2013
    - Mailing labels, Certified Mail Receipt, Domestic Return Receipt (Green Card),
    - USPS Tracking Info

5.  Wayne Stenehjem – North Dakota Attorney General – served 9/19/2013
    - Mailing labels, Certified Mail Receipt, Domestic Return Receipt (Green Card),
    - USPS Tracking Info

6.  Vincent Frazer – Virgin Islands attorney General – served 8/16/2013
    - Mailing labels, Certified Mail Receipt, Domestic Return Receipt (Green Card),
    - USPS Tracking Info

Respectfully,

_____
Terance Healy
c/o 871 Mustang Road
Warrington, PA  18976
(215) 262-0938

_____
Todd M. Krautheim
207 Woodspring Circle
Doylestown, PA  18901
(215) 489-9790





# USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

## USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123050000072120149

**DELIVERED**

Scheduled Delivery Day: August 19, 2013

### Product & Tracking Information

**Available Options**

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™   Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 19, 2013, 3:08 pm | Delivered | BARRIGADA, GU 96913 |
| August 18, 2013, 8:05 pm | Arrival at Unit | BARRIGADA, GU 96913 |
| August 15, 2013, 10:45 pm | Processed through USPS Sort Facility | HONOLULU, HI 96820 |
| August 15, 2013 | Depart USPS Sort Facility | HONOLULU, HI 96820 |
| August 14, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 11:32 pm | Processed at USPS Origin Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 4:35 pm | Dispatched to Sort Facility | DOYLESTOWN, PA 18901 |
| August 13, 2013, 4:11 pm | Acceptance | DOYLESTOWN, PA 18901 |

### Track Another Package

What's your tracking (or receipt) number?

Track It

American Samoa Attorney General
American Samoa Gov't, Exec. Ofc.
Bldg.
Utulei, Territory of American Samoa
Pago Pago, AS 96799

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

Sent To: American Samoa Attorney General
Street, Apt. or PO Box: American Samoa Gov't, Exec. Ofc. Bldg
City, State, ZIP+4: Utulei, Territory of American Samoa Pago Pago, AS 96799

**Product Tracking System**  

Track & Confirm Intranet
Delivery Signature and Address

Tracking Number: 7012 3050 0000 7212 0040

This item was delivered on 08/04/2013 at 09:48:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking System, All Rights Reserved
Version: 1.4.0.27



# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70123050000072120040

 ✓ DELIVERED

Scheduled Delivery Day: August 17, 2013

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™   Return Receipt

## Available Options

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 4, 2013, 9:48 am | Delivered | PAGO PAGO, AS 96799 |
| August 22, 2013, 9:13 am | Available for Pickup | PAGO PAGO, AS 96799 |
| August 22, 2013, 8:59 am | Arrival at Unit | PAGO PAGO, AS 96799 |
| August 17, 2013 | Depart USPS Sort Facility | HONOLULU, HI 96820 |
| August 17, 2013, 4:56 pm | Processed through USPS Sort Facility | HONOLULU, HI 96820 |
| August 14, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 10:32 pm | Processed at USPS Origin Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 4:35 pm | Dispatched to Sort Facility | DOYLESTOWN, PA 18901 |
| August 13, 2013, 4:05 pm | Acceptance | DOYLESTOWN, PA 18901 |

## Track Another Package

**What's your tracking (or receipt) number?**

[ Track It ]

LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES
Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway ›
Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors ›
FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General ›
No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer ›
 | Delivering Solutions to the Last Mile › | Careers › |
 | Site Index › | |

Copyright© 2013 USPS. All Rights Reserved.



Help

**Product Tracking System**

UNITED STATES POSTAL SERVICE

Track & Confirm Intranet
Delivery Signature and Address

Tracking Number: 7012 3050 0000 7212 0290

This item was delivered on 08/19/2013 at 10:05:00

Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking System, All Rights Reserved
Version: 1.4.0.27




# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70123050000072120200



## DELIVERED

Scheduled Delivery Day: August 16, 2013

## Product & Tracking Information

Available Options

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™   Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 19, 2013, 10:04 am | Delivered | TOPEKA, KS 66612 |
| August 16, 2013, 11:28 am | Available for Pickup | TOPEKA, KS 66612 |
| August 16, 2013, 10:03 am | Arrival at Unit | TOPEKA, KS 66603 |
| August 15, 2013 | Depart USPS Sort Facility | KANSAS CITY, MO 64121 |
| August 15, 2013, 1:34 pm | Processed through USPS Sort Facility | KANSAS CITY, MO 64121 |
| August 14, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 10:32 pm | Processed at USPS Origin Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 4:35 pm | Dispatched to Sort Facility | DOYLESTOWN, PA 18901 |
| August 13, 2013, 4:14 pm | Acceptance | DOYLESTOWN, PA 18901 |

## Track Another Package

What's your tracking (or receipt) number?

[ Track It ]

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM    Copyright© 2013 USPS. All Rights Reserved.





  

# USPS.COM

Search USPS.com or Track Packages

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123050000072120347

 ✓ **DELIVERED**

Scheduled Delivery Day: August 15, 2013

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™   Return Receipt

## Available Options



| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 16, 2013, 6:49 am | Delivered | TRENTON, NJ 08625 |
| August 15, 2013, 6:08 am | Available for Pickup | TRENTON, NJ 08625 |
| August 15, 2013, 5:31 am | Arrival at Unit | TRENTON, NJ 08650 |
| August 15, 2013, 3:17 am | Processed through USPS Sort Facility | TRENTON, NJ 08650 |
| August 14, 2013, 10:21 pm | Processed through USPS Sort Facility | TRENTON, NJ 08650 |
| August 14, 2013 | Depart USPS Sort Facility | TRENTON, NJ 08650 |
| August 14, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 10:32 pm | Processed at USPS Origin Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 4:35 pm | Dispatched to Sort Facility | DOYLESTOWN, PA 18901 |
| August 13, 2013, 4:22 pm | Acceptance | DOYLESTOWN, PA 18901 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                    ]  [ Track It ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2013 USPS. All Rights Reserved.





# USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123050000072120385

**DELIVERED**

Scheduled Delivery Day: August 16, 2013

## Product & Tracking Information

**Available Options**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™    Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 19, 2013, 10:44 am | Delivered | BISMARCK, ND 58505 |
| August 17, 2013, 8:54 am | Notice Left (Business Closed) | BISMARCK, ND 58504 |
| August 17, 2013, 6:03 am | Arrival at Unit | BISMARCK, ND 58504 |
| August 15, 2013 | Depart USPS Sort Facility | FARGO, ND 58102 |
| August 15, 2013, 5:54 pm | Processed through USPS Sort Facility | FARGO, ND 58102 |
| August 14, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 11:32 pm | Processed at USPS Origin Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 4:35 pm | Dispatched to Sort Facility | DOYLESTOWN, PA 18901 |
| August 13, 2013, 4:24 pm | Acceptance | DOYLESTOWN, PA 18901 |

## Track Another Package

What's your tracking (or receipt) number?

[ Track It ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2013 USPS. All Rights Reserved.







Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123050000072120514

  DELIVERED

Scheduled Delivery Day: August 17, 2013

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™    Return Receipt

## Available Options

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 16, 2013, 10:40 am | Delivered | ST THOMAS, VI 00802 |
| August 16, 2013, 8:02 am | Arrival at Unit | ST THOMAS, VI 00802 |
| August 15, 2013 | Depart USPS Sort Facility | SAN JUAN, PR 00936 |
| August 15, 2013, 3:46 am | Processed through USPS Sort Facility | SAN JUAN, PR 00936 |
| August 14, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 11:34 pm | Processed at USPS Origin Sort Facility | PHILADELPHIA, PA 19176 |
| August 13, 2013, 4:35 pm | Dispatched to Sort Facility | DOYLESTOWN, PA 18901 |
| August 13, 2013, 4:31 pm | Acceptance | DOYLESTOWN, PA 18901 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                    ]   Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM   Copyright© 2013 USPS. All Rights Reserved.

