IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE HEALY, et al | : | CIVIL ACTION |
| | : | NO.  13-4614 |
| v. | : | |
| | : | |
| KATHLEEN KANE | : | |
| PENNSYLVANIA ATTORNEY | : | |
| GENERAL, et al | : | |

## **ORDER**

AND NOW, this 29th day of October, 2013, upon consideration of defendant Attorney General Kathleen Kane's motion to dismiss the complaint of plaintiffs Terrance Healy and Todd Krautheim (Dkt. No. 7), and plaintiffs' response thereto (Dkt. No. 9), it is ORDERED that defendant's motion is granted and plaintiffs' complaint is DISMISSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.