IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE HEALY, et al | : | CIVIL ACTION |
| v. | : | |
| KATHLEEN KANE PENNSYLVANIA ATTORNEY GENERAL, et al | : : | NO. 13-4614 |

O R D E R

AND NOW, this 2nd day of December, 2013, upon consideration of plaintiffs' motion for reconsideration, it is ORDERED that pursuant to Local Rule of Civil Procedure 7.1(g), plaintiffs' motion is DENIED as untimely. The Rule requires that a motion for reconsideration be filed within fourteen days of the entry of the Order concerned.

                                                              *s/Thomas N. O'Neill, Jr.*
                                                          THOMAS N. O'NEILL, JR.,     J.