

#505

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

File # 13-4614

| | |
|---|---|
| Terance Healy )<br>Todd M. Krautheim )<br>In the name of THE UNITED STATES )<br> )<br>v. )<br> )<br>Kathleen Kane )<br>Pennsylvania Attorney General; )<br>And )<br>The Attorneys General of the United States )<br> ) | NOTICE OF APPEAL<br><br><br><br><br>FILED<br>DEC - 2 2013<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

Notice is hereby given that Terance Healy and Todd M. Krautheim (plaintiffs), and KATHLEEN KANE, Pennsylvania Attorney General; LUTHER STRANGE , Alabama Attorney General; MICHAEL GERAGHTY , Alaska Attorney General; AFAO LEULUMOEGA LUTU, American Samoa Attorney General; TOM HORNE , Arizona Attorney General; DUSTIN MCDANIEL , Arkansas Attorney General; KAMALA HARRIS , California Attorney General; JOHN SUTHERS , Colorado Attorney General; GEORGE JEPSEN, Connecticut Attorney General; JOSEPH R. "BEAU" BIDEN, III , Delaware Attorney General; IRVIN NATHAN , District of Columbia Attorney General; PAM BONDI , Florida Attorney General; SAM OLENS , Georgia Attorney General LENNY RAPADAS , Guam Attorney General; DAVID LOUIE , Hawaii Attorney General; LAWRENCE WASDEN , Idaho Attorney General; LISA MADIGAN , Illinois Attorney General; GREG ZOELLER, Indiana Attorney General; TOM MILLER , Iowa Attorney General; DEREK SCHMIDT , Kansas Attorney General; JACK CONWAY , Kentucky Attorney General; JAMES D. "BUDDY" CALDWELL , Louisiana Attorney General; JANET T. MILLS , Maine Attorney General; DOUGLAS F. GANSLER , Maryland Attorney General; MARTHA COAKLEY , Massachusetts Attorney General; BILL SCHUETTE , Michigan Attorney General; LORI SWANSON , Minnesota Attorney General; JIM HOOD , Mississippi Attorney General; CHRIS KOSTER, Missouri Attorney General; TIM FOX , Montana Attorney General; JON BRUNING , Nebraska Attorney General; CATHERINE CORTEZ MASTO , Nevada Attorney General; JOSEPH A. FOSTER , New Hampshire Attorney General; JOHN JAY HOFFMAN , New Jersey Attorney General; GARY KING , New Mexico Attorney General; ERIC SCHNEIDERMAN , New York Attorney General; ROY COOPER , North Carolina Attorney General; WAYNE STENEHJEM , North Dakota Attorney General; JOEY PATRICK SAN NICOLAS , Northern Mariana Islands Attorney General; MIKE DEWINE, Ohio Attorney General; SCOTT PRUITT, Oklahoma

Attorney General; ELLEN F. ROSENBLUM , Oregon Attorney General; LUIS SÁNCHEZ BETANCES , Puerto Rico Attorney General; PETER KILMARTIN , Rhode Island Attorney General; ALAN WILSON, South Carolina Attorney General; MARTY J. JACKLEY , South Dakota Attorney General; ROBERT E. COOPER, JR. , Tennessee Attorney General; GREG ABBOTT, Texas Attorney General; JOHN SWALLOW , Utah Attorney General; WILLIAM H. SORRELL , Vermont Attorney General; VINCENT FRAZER , Virgin Islands Attorney General; KEN CUCCINELLI , Virginia Attorney General; BOB FERGUSON , Washington Attorney General; PATRICK MORRISEY, West Virginia Attorney General; J.B. VAN HOLLEN , Wisconsin Attorney General; PETER K. MICHAEL , Wyoming Attorney General (defendants) in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order and Memorandum entered in this action on the 29th day of October 2013.

Respectfully,

_____  12-2-13
Terance Healy
871 Mustang Road
Warrington, PA 18976

215-262-0938

_____
Todd M. Krautheim
207 Woodspring Circle
Doylestown, PA 18901

215-489-9790