# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Terance Healy, et al

                                        13-4614
                                        District Court Docket Number

        vs.

Kathleen Krane, et al

Notice of Appeal Filed 12/2/13
Court Reporter(s)/ESR Operator(s)      n/a

Filing Fee:
       Notice of Appeal   xPaid  _____ Not Paid  _____ Seaman
       Docket Fee         xPaid  _____ Not Paid  _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

Defendant's Address (for criminal appeals)

Prepared by: s/ Tashia C. Reynolds 12/02/2013
                                      Tashia C. Reynolds
                    Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm